# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KANAT UMARBAEV, | : | |
|     Petitioner | : | |
| | : | No. 1:20-cv-00413 |
| v. | : | |
| | : | (Judge Kane) |
| WARDEN CRAIG A. LOWE | : | |
|     Respondent | : | |

## ORDER

**AND NOW**, on this 9th day of April 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's motion to expedite (Doc. No. 10) is **GRANTED** to the extent this Order and accompanying Memorandum serve as the Court's expedited review of Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1);

2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED WITHOUT PREJUDICE** to Petitioner's right to file a new § 2241 petition should he remain detained after he has exhausted his administrative remedies with respect to his detention; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                                      s/ Yvette Kane
                                                                    Yvette Kane, District Judge
                                                                      United States District Court
                                                                      Middle District of Pennsylvania